### Bartola J. PACETTI, Plaintiff—Appellant,

v.

### Michael J. ASTRUE, Commissioner of Social Security Administration; Mary Holt, Defendants—Appellees,

and

### Mark S. Millard, Judge; Alan Carlson; Attorney General of the United States; United States Attorney for Eastern District of Virginia; State of California Office of Attorney General; Kathy Ricci, Defendants.

No. 12–1461.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2012.

Decided: Aug. 9, 2012.

Bartola J. Pacetti, Appellant Pro Se. Julie Ann Edelstein, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before DAVIS, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bartola J. Pacetti seeks to appeal the district court's order granting the motion to dismiss the claims against Defendants Michael J. Astrue and Mary Holt. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Pacetti seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Moreover, a review of the district court's docket does not indicate that the court had issued its final judgment before we considered this appeal. *Cf. In re Bryson*, 406 F.3d 284, 289 (4th Cir.2005); *Equip. Fin. Grp., Inc. v. Traverse Computer Brokers*, 973 F.2d 345, 347–48 (4th Cir.1992). Accordingly, we grant the motion to dismiss the appeal, deny Pacetti leave to proceed in forma pauperis and his pending motions, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*DISMISSED.*